# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**TAKARRI WALLACE, #T3387**                                                  **PETITIONER**

**VERSUS**                                       **CIVIL ACTION NO. 5:06cv89DCB-MTP**

**AL JOHNSON, et al.**                                                     **RESPONDENTS**

## FINAL JUDGMENT

This cause is before the Court, sua sponte, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for petitioner's failure to exhaust his available state court remedies.

SO ORDERED AND ADJUDGED, this the 5th day of October, 2006.

                                                                          S/DAVID BRAMLETTE
                                                                          UNITED STATES DISTRICT JUDGE